Randy J. Schaefer, Esq. (RJS-3918)
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 921-3838
randy@nyfclaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GUSTAVIA HOME, LLC,                                Civil Action No.: 16-4309

                Plaintiff,

     -against-

KAREN BELTRAN and JOHN DOE "1"
through "12", said persons or parties having
or claimed to have a right, title or interest in
the mortgaged premises herein, their respective
names are presently unknown to Plaintiff,

                Defendants.
---------------------------------------------------------------X

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Gustavia Home, LLC hereby certifies that it does not have any parent corporation publicly held. Gustavia Home, LLC has no publicly held subsidiaries or affiliates.

Dated: Syosset, New York
       June 9, 2016                  Yours, etc.
                                   The Margolin & Weinreb Law Group, LLP
                                   Attorneys for Plaintiff

                           By:   */s/ Randy J. Schaefer*
                                  Randy J. Schaefer, Esq.