UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GUSTAVIA HOME, LLC,
           Plaintiff,

v.

KAREN BELTRAN,
           Defendant,
-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDER

16 CV 4309 (VB) (JCM)

    At a conference with counsel today, plaintiff's counsel made an unopposed application to amend the caption to withdraw the John Doe defendants from the case.

    Accordingly, the Court strikes the following defendants from the caption: "John Does '1' through '12', said persons or parties having or claimed to have a right, title or interest in the mortgaged premises herein, their respective names are presently known to Plaintiff."

    The Court will separately docket the Civil Case Discovery Plan and Scheduling Order, and the Magistrate Judge Consent Order.

Dated: September 23, 2016
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge