UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GUSTAVIA HOME, LLC,

                         Plaintiff,                   **ORDER**

     -against-                                  16 Civ. 4309 (JCM)

KAREN BELTRAN,

                       Defendant.
-------------------------------------------------------X

      On April 14, 2020, Plaintiff informed the Court that this action is still stayed pursuant to 11 U.S.C. § 362. (Docket No. 32).  The parties are directed to write to the Court on January 15, 2021 and every 60 days thereafter to provide an update on the status of the bankruptcy proceedings.  However, if the stay is lifted before an update is due, the parties shall notify the Court within 48 hours of the Bankruptcy Judge's order lifting the stay.

Dated:    January 5, 2021
             White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge