UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUSTAVIA HOME, LLC,

                                 Plaintiff,                  **ORDER**

      -against-                                         16 Civ. 4309 (JCM)

KAREN BELTRAN,

                                 Defendant.
---------------------------------------------------------------X

      On January 6, 2021, the undersigned issued an Order directing the parties to "write to the Court on January 15, 2021 and every 60 days thereafter to provide an update on the status of the bankruptcy proceedings." (Docket No. 33). However, the Court has not received a status update since August 11, 2021. (Docket No. 37).

      Accordingly, the parties are directed to file a status report by no later than January 20, 2022, and every 60 days thereafter. If the stay is lifted before an update is due, the parties shall notify the Court within 48 hours of the Bankruptcy Judge's order lifting the stay.

Dated:  January 18, 2022
            White Plains, New York

                                                   **SO ORDERED:**

                                                  */s/ Judith C. McCarthy*
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge